IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LARRY D. SULLIVAN,<br><br>      Defendant. | INDICTMENT<br>Case No. 11 CR 79 BBC<br>21 U.S.C. § 841(a)(1) |

THE GRAND JURY CHARGES:

## COUNT 1

On or about April 7, 2011, in the Western District of Wisconsin, the defendant,

LARRY D. SULLIVAN,

knowingly and intentionally distributed a mixture or substance containing cocaine base (crack cocaine), a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 2

On or about April 13, 2011, in the Western District of Wisconsin, the defendant,

LARRY D. SULLIVAN,

knowingly and intentionally distributed a mixture or substance containing cocaine base (crack cocaine), a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 3

On or about April 19, 2011, in the Western District of Wisconsin, the defendant,

LARRY D. SULLIVAN,

knowingly and intentionally distributed a mixture or substance containing cocaine base (crack cocaine), a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

### COUNT 4

On or about April 26, 2011, in the Western District of Wisconsin, the defendant,

LARRY D. SULLIVAN,

knowingly and intentionally distributed a mixture or substance containing cocaine base (crack cocaine), a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

### COUNT 5

On or about June 16, 2011, in the Western District of Wisconsin, the defendant,

LARRY D. SULLIVAN,

knowingly and intentionally distributed a mixture or substance containing cocaine base (crack cocaine), a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

A TRUE BILL

_____
PRESIDING JUROR

_____
JOHN W. VAUDREUIL
United States Attorney

Indictment returned: 7-6-2011