IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                    Plaintiff,

   v.

LARRY SULLIVAN,

                    Defendant.

ORDER

11-cr-79-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    Defendant Larry Sullivan has moved for reconsideration of his motion for compassionate release, which was denied on June 16, 2020. He makes a reasonable case for further consideration of his motion. If the government wants to be heard, it may file a brief in opposition no later than 12 noon on July 20, 2020.

    Entered this 15th day of July, 2020.

                                         BY THE COURT:

                                         /s/

                                         _____
                                         BARBARA B. CRABB
                                         District Judge