IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                          OPINION AND ORDER

          Plaintiff,

                          11-cr-79-bbc

    v.

LARRY SULLIVAN,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an opinion and ordered entered herein on June 1, 2021, I denied defendant Larry Sullivan's motions for reconsideration, dkts. #114 and 119. In September 2021, the Court of Appeals for the Seventh Circuit affirmed this court's decisions in those two cases. On September 27, 2021, defendant filed a third motion for reconsideration, which was denied on September 28, 2021, because the court of appeals had ruled definitively on the motion. I did not explain in that order, but will do so now, that a district court such as this one has no authority to act on a matter that the court of appeals has decided. For that reason, defendant's third motion for reconsideration, dkt. # 122, is DENIED.

      Entered this 14th day of October, 2021.

                                       BY THE COURT:
                                       /s/

                                       _____

                                       BARBARA B. CRABB
                                       District Judge